UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

MANUEL ABAD RIVAS,

Defendant.
-------------------------------------------------------X

ORDER

26-cr-307-6 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Florian Miedel, Manuel Abad Rivas' lead counsel, to appoint Aaron Mysliwiec as learned capital counsel for Mr. Rivas in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Aaron Mysliwiec is appointed as learned counsel for Mr. Rivas in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge